IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CODY SCHAEFER WIEDEMANN                                                    PLAINTIFF

v.                                    Case No. 5:26-cv-05060

TRACEY ROBISON; TKHEALTH; DR. DAVID
SITZES; NURSE CURTIS; NURSE CRYSTAL;
NURSE WHITNEY; SHERIFF SHAWN HOLLOWAY;
BENTON COUNTY, ARKANSAS; CAPT. HAROLD GAGE;
CAPT. ANDY LEE, JR.; CHIEF DEPUTY MEYER GILBERT;
MAJOR KENNETH PAUL; MAJOR ROBERT BERSI;
MEDICAL LT. JOHN DOE; LIEUTENANT GREG HOBELMANN;
LT. KURT BANTA; and LIEUTENANT TYLER ROSS                       DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on May 5, 2026, by the Honorable

Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 9.  Judge Singleton conducted a preservice screening of Plaintiff's Complaint and found that

Plaintiff stated a plausible claim for relief for denial of medical care, unconstitutional conditions

of confinement, and violation of the Americans with Disabilities Act against Defendants Tracey

Robinson, TKHealth, Sheriff Shawn Holloway, and Benton County, Arkansas.  Judge Singleton

recommends that Plaintiff's claims against those Defendants proceed.  Judge Singleton found that

Plaintiff did not allege sufficient facts against all other named Defendants and recommends that

those Defendants be dismissed without prejudice.

No party has objected to the Report and Recommendation, and the time to do so has passed.

*See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that

Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No.

9) *in toto*.  Accordingly, the Court finds that all claims against Defendants Dr. David Sitzes, Nurse

Curtis, Nurse Crystal, Nurse Whitney, Capt. Harold Gage, Capt. Andy Lee, Jr., Chief Deputy

Meyer Gilbert, Major Kenneth Paul, Major Robert Bersi, Medical Lt. John Doe, Lt. Greg

Hobelmann, Lt. Kurt Banta, and Lt. Tyler Ross are hereby **DISMISSED WITHOUT PREJUDICE**.  The Court finds that Plaintiff's claims against Defendants Tracey Robinson, TKHealth, Sheriff Shawn Holloway, and Benton County, Arkansas, **MAY PROCEED**.

 **IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge